# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

OSMAN MICHELL KARRIEM,
Defendant.

**NOTICE OF APPEARANCE**

Case No: 00-213(1) (JRT)

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Douglas Olson shall appear as appointed counsel of record for the above named defendant in this case.

Dated: March 12, 2008

*s/ Douglas Olson*
Douglas Olson
Attorney ID No. 169067
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415